**Order entered February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01186-CR

**KEITH ALLEN FOSTER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-80380-2014**

## ORDER

Appellant's February 13, 2015 motion to extend the time to file appellant's brief is **GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the date of this order.

/s/    ADA BROWN
       JUSTICE